CARTER H. HARRISON

*v.*

THE CITY OF CHICAGO,

and

JAMES E. TYLER *et al.*

*v.*

SAME.

SPECIAL ASSESSMENT—*of a new assessment.* Upon an application for judgment upon a new special assessment for the deficiency which the city of Chicago failed to collect of a former assessment, where the only defect in the original proceeding was in the printer's certificate of notice of application to the council for confirmation, the ordinance under which it was had being free from objection, it was *held,* the new assessment was not void.

APPEALS from the Superior Court of Cook county.

Messrs. SPAFFORD, McDAID & WILSON, for the appellants.

Mr. M. F. TULEY, for the appellee.

Per CURIAM: This was a judgment rendered at the March term, 1871, of the Superior Court, in favor of the city, upon a special assessment warrant to make up the amount which the city failed to collect of a former assessment.

The only defect in the former proceeding was in the printer's certificate of publication of notice of application to the council for confirmation. It does not appear that the ordinance in the former proceedings was void.

These cases, presenting the same state of facts in each, are distinguishable from that of *Workman* v. *City of Chicago, post,* 463, and we are not prepared to hold that the new assessment was void, as the case now stands.

But the collector was unauthorized to apply for judgment, and for that reason the judgments will be reversed and the causes remanded.

*Judgments reversed.*